# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147252

GUY HISSONG and BETHANY HISSONG,
       Plaintiffs,

and

JAMES P. O'NEILL,
       Appellant,

v

STEWART BRYCE and CAROLYN BRYCE,
       Defendants-Appellees,

and

JILANE FENNER, FENNER REAL ESTATE,
INC., a/k/a EXIT REALTY OF GREATER
CADILLAC, COUNTY OF WEXFORD,
WEXFORD COUNTY DEPARTMENT OF
PUBLIC WORKS, and WEXFORD COUNTY
LANDFILL,
       Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147252
COA: 311418
Wexford CC: 2006-019885-CE

On order of the Court, the application for leave to appeal the May 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826